

RECEIVED IN LAKE CHARLES, LA MAY -2 2006 ROBERT H. SHEMWELL, CLERK WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RAMIN SHAKHGUSEYNOV | : | DOCKET NO. 2:06-cv-12 |
| VS. | : | JUDGE MINALDI |
| ALBERTO R. GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the "Motion to Dismiss" [doc. 11] be GRANTED and that this petition be DENIED AND DISMISSED WITH PREJUDICE as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _1_ day of ___May___, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE